UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| WESTCOR LAND TITLE INSURANCE COMPANY,<br><br>    Plaintiff<br><br>v.<br><br>VIRGINIA MCCARTHY,<br><br>    Defendant | Civil Action<br>Case No. _____ |

## **COMPLAINT**

NOW COMES the Plaintiff Westcor Land Title Insurance Company and complains against Virginia McCarthy as follows:

1. Westcor Land Title Insurance Company ("Westcor") is a company with a principal place of business in Maitland, Florida.

2. Virginia McCarthy is an individual residing in the Town of Kennebunk, County of York, and State of Maine.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because (a) there is complete diversity of citizenship between Plaintiff and Defendant; and (b) the amount in controversy exceeds $75,000.

4. Venue is appropriate in this Court pursuant to 28 U.S.C. § 1391 because the actions complained about herein occurred in the State of Maine and Defendant resides in the State of Maine.

## FACTS COMMON TO ALL COUNTS

5. This case involves a title insurer's claim for reimbursement/indemnification after paying its insureds' claim to clear a cloud on title created by the mortgagor's failure to obtain a satisfaction of mortgage.

6. In 2002, Defendant Virginia McCarthy took title to property located at 83 Whitten Hill Road, Kennebunkport, Maine (the "Property"), and in December 2003, she executed a mortgage in favor of America's Wholesale Lender/MERS (the "2003 Mortgage").

7. On August 21, 2006, Defendant's husband, Ralph McCarthy, entered into a loan agreement with Countrywide Bank, N.A. with a credit line of $147,200 (the "Note").

8. Defendant was not a party to the Note but, to secure the Note, and in consideration for its making, Defendant executed a mortgage in favor of Countrywide Bank/MERS on August 21, 2006 (the "2006 Mortgage").

9. The 2006 Mortgage was assigned to Bank of America on May 3, 2012.

10. Defendant's husband, Ralph McCarthy, passed away on June 5, 2016.

11. On December 10, 2021, Defendant sold the Property to Jamila and Suzanne Marie Bayati (the "Buyers") by warranty deed, which included Defendant's warranty covenant that the Property was free of all encumbrances.

12. The Buyers purchased title insurance from Westcor for the Property.

13. In the closing of the sale of the Property, the 2003 Mortgage (which by then was held by Nationstar Mortgage, LLC) was paid off and discharged, but the 2006 Mortgage was not.

14. In order to proceed with the closing, Defendant entered into an Indemnity Agreement with Plaintiff in which Defendant agreed to indemnify Plaintiff for any losses which Plaintiff may incur as a result of issuing the title insurance policies taking no exception for the

undischarged mortgage on title at the York County Registry of Deeds to MERS/Countrywide Bank, N.A. dated August 21, 2006 and recorded in Book 14959, Page 407, as affected by Assignment to Bank of America, N.A., recorded in Book 16315, Page 44.  *See* Indemnity Agreement (attached as Exhibit A).

15. Defendant warranted that she would work to obtain the discharge of the mortgage no later than March 2022 but she failed to do so.

16. In April 2022, the Buyers made a claim on their title policy with Plaintiff due to the cloud on their title created by the undischarged 2006 Mortgage.

17. Plaintiff offered Defendant the opportunity to take the necessary steps to obtain a satisfaction of the mortgage but again the Defendant failed to do so.

18. Plaintiff paid Bank of America $143,924.13 on September 15, 2022 and Bank of America issued and recorded a satisfaction of mortgage.

19. Plaintiff made demand on Defendant for the payment of the amounts expended to clear title and related expenses and fees but Defendant has refused to pay.

## COUNT I:  BREACH OF CONTRACT

20. Plaintiff repeats and realleges the foregoing allegations.

21. Pursuant to the Indemnity Agreement, Defendant agreed to pay Plaintiff any and all amounts resulting from issuing the title insurance policies without an undischarged mortgage on title at the York County Registry of Deeds to MERS/Countrywide Bank, N.A. dated August 21, 2006 and recorded in Book 14959, Page 407, as affected by Assignment to Bank of America, N.A., recorded in Book 16315, Page 44.  *See* Exh. A, Indemnity Agreement.

22. Plaintiff paid the claim on the title policy and demanded indemnification from the Defendant.

23. In breach of the Indemnity Agreement, Defendant has refused to pay.

24. As a result Plaintiff has sustained damages, including the $143,924.13 paid to Bank of America to clear the cloud on title, plus accruing interest, penalties, costs and attorneys' fees.

WHEREFORE, Plaintiff Westcor Land Title Insurance Company demands judgment against Defendant Virginia McCarthy in an amount to reasonably and fairly compensate it for all damages, plus attorneys' fees, costs, interest, and such other damages as may be just.

## COUNT II: UNJUST ENRICHMENT

25. Plaintiff repeats and realleges the foregoing allegations.

26. Plaintiff conferred a benefit upon Defendant by paying Bank of America to obtain a satisfaction of Defendant's 2006 Mortgage because that undischarged mortgage constituted a breach of her warranty covenant and the Defendant herself was obligated to satisfy her 2006 Mortgage.

27. Defendant had knowledge of the benefit.

28. Defendant has inequitably retained the benefit without paying Plaintiff for the value of the benefit conferred.

WHEREFORE, Plaintiff Westcor Land Title Insurance Company demands judgment against Defendant Virginia McCarthy for damages, plus interest, costs, attorneys' fees, and such other relief as the Court deems appropriate.

Date: <u>January 12, 2023</u>                    Respectfully submitted,
                                                 WESTCOR LAND TITLE INSURANCE
                                                 COMPANY
                                                 By Its Attorneys


                                                  */s/ Tracy D. Hill*
                                                 Tracy D. Hill


                                                  */s/ Jeffrey T. Piampiano*
                                                 Jeffrey T. Piampiano

                                                 DRUMMOND WOODSUM
                                                 84 Marginal Way, Suite 600
                                                 Portland, ME  04101
                                                 (207) 772-1941
                                                 thill@dwmlaw.com; HillService@dwmlaw.com
                                                 jpiampiano@dwmlaw.com